**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1829**

AUDREY SCOTT,

                    Plaintiff - Appellant,

          v.

TIAA-CREF,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:12-cv-00697-FDW-DCK)

Submitted:  October 17, 2013          Decided:  October 21, 2013

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Audrey Scott, Appellant Pro Se.  Felicia A. Washington, K&L GATES LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrey Scott appeals the district court's order dismissing her complaint alleging discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. TIAA-CREF, No. 3:12-cv-00697-FDW-DCK (W.D.N.C. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED